### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHRISTOPHER SNIDER, on behalf of the Seventy-Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>(1) ADMINISTRATIVE COMMITTEE, SEVENTY-SEVEN ENERGY, INC. RETIREMENT & SAVINGS PLAN;<br><br>(2) CARY BAETZ;<br><br>(3) KARL BLANCHARD;<br><br>(4) CHRISTIN BORDEN;<br><br>(5) LINDA CLARK;<br><br>(6) CLINT CLOVER;<br><br>(7) GINO DEMARCO;<br><br>(8) LANCE HAFFNER; and<br><br>(9) JEROME LOUGHRIDGE,<br><br>Defendants. | Case No. CIV-20-977-F<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

Spencer F. Smith of the law firm McAfee & Taft A Professional Corporation, hereby enters his appearance as counsel in this action for Defendant Administrative Committee of the Seventy-Seven Energy, Inc. Retirement and Savings Plan, Cary Baetz, Karl Blanchard, Christin Borden, Linda Clark, Clint Cover, Gino DeMarco, Lance Haffner,

and Jerome Loughridgein   I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Spencer F. Smith*
Spencer F. Smith, OBA #20430
Patrick L. Stein, OBA #30737
Brandon Long, OBA #20268
Michael F. Lauderdale, OBA #14265
MCAFEE & TAFT A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
spencer.smith@mcafeetaft.com
patrick.stein@mcafeetaft.com
brandon.long@mcafeetaft.com
michael.lauderdale@mcafeetaft.com

**Attorneys for Defendant Administrative Committee of the Seventy Seven Energy, Inc. Retirement and Savings Plan**

## CERTIFICATE OF SERVICE

This certifies that on October 7, 2020, I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

*/s/ Spencer F. Smith*
Spencer F. Smith
