# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHRISTOPHER SNIDER, on behalf of the Seventy-Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) (1) ADMINISTRATIVE COMMITTEE, SEVENTY-SEVEN ENERGY, INC. RETIREMENT & SAVINGS PLAN; ) ) ) ) ) (2) CARY BAETZ; ) ) ) (3) KARL BLANCHARD; ) ) ) (4) CHRISTIN BORDEN; ) ) ) (5) LINDA CLARK; ) ) ) (6) CLINT CLOVER; ) ) ) (7) GINO DEMARCO; ) ) ) (8) LANCE HAFFNER; and ) ) ) (9) JEROME LOUGHRIDGE, ) ) ) Defendants. ) | Case No. CIV-20-977-F<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION REGARDING DEADLINES FOR
## RESPONSIVE PLEADINGS AND BRIEFING

Plaintiff Christopher Snider and Defendants Administrative Committee of the Seventy Seven Energy, Inc. Retirement and Savings Plan, Cary Baetz, Karl Blanchard, Christin Borden, Linda Clark, Clint Cover, Gino DeMarco, Lance Haffner, and Jerome

Loughridge (the "Committee Defendants"; with Plaintiff, the "Parties") file this agreed motion regarding the deadlines for responsive pleadings and briefing.

1. On September 28, 2020, Plaintiff filed a Class Action Complaint (the "Complaint") against the Committee Defendants. Plaintiff has advised that he intends to file a motion to consolidate the above-referenced case with *Kathleen J. Myers et al. v. Administrative Committee Seventy Seven Energy Inc. Retirement & Savings Plan et al.*, Case No. 5:17-cv-00200-D, In the United States District Court for the Western District of Oklahoma (DeGuisti, J.) (the "Myers Case"), which the Committee Defendants oppose.

2. The Parties have come to an agreement whereby the Committee Defendants will accept service of Plaintiff's Complaint as of October 7, 2020 and seek approval from the Court of the following schedule for responsive pleadings and briefing:

    a. Plaintiff shall file any motion to consolidate the above-referenced case with the *Myers* Case by October 16, 2020. Committee Defendants' deadline to file a response shall be twenty-one (21) days after service of Plaintiff's motion to consolidate. Plaintiff's deadline to file a reply, if any, shall be seven (7) days after service of Committee Defendants' response.

    b. Committee Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint shall be December 18, 2020.

    c. If Committee Defendants' filing requires a response by Plaintiff, the following deadlines shall apply:

        i. Plaintiff's deadline to file a response shall be forty-five (45) days after service of Committee Defendants' filing.

      ii.      Committee Defendants' deadline to file a reply brief, if any, shall be fifteen (15) days after service of Plaintiff's response.

3.    This is the Parties' first request for extension. A scheduling order has not yet been entered in this case; therefore, the requested extension will have no impact on any trial or other deadlines in this case. All Parties agree to the relief requested herein.

## RELIEF REQUESTED

Therefore, the Parties respectfully request that the Court approve and enter an Order establishing the above schedule to govern the deadlines for responsive pleadings and briefing.

Submitted on October 7, 2020.

                                        */s/ Bob L. Latham*
                                        **(*signed with permission of Bob L. Latham*)**
                                        **LATHAM, STEELE, LEHMAN, KEELE,**
                                        **RATCLIFF, FREIJE & CARTER, P.C.**
                                        Bob L. Latham, OBA No. 15799
                                        James L. Colvin, III, OBA No. 20654
                                        1515 E. 71st Street, Suite 200
                                        Tulsa, Oklahoma 74136
                                        Telephone: 918.382.7523
                                        Facsimile: 918.970.2002
                                        blatham@law-lsl.com
                                        jcolvin@law-lsl.com

**BAILEY & GLASSER LLP**
Gregory Y. Porter (to be admitted *pro hac vice*)
Ryan T. Jenny (to be admitted *pro hac vice*)
Mark G. Boyko (to be admitted *pro hac vice*)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
mboyko@baileyglasser.com

**IZARD KINDALL & RAABE LLP**
Robert A. Izard (to be admitted *pro hac vice*)
Mark P. Kindall (to be admitted *pro hac vice*)
Douglas P. Needham (to be admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
mkindall@ikrlaw.com
dneedham@ikrlaw.com

**Attorneys for Plaintiff Christopher Snider**

4

*s/Spencer F. Smith*
**MCAFEE & TAFT**
**A PROFESSIONAL CORPORATION**
Spencer F. Smith, OBA #20430
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
spencer.smith@mcafeetaft.com

**BAKER BOTTS L.L.P.**
Travis J. Sales (to be admitted *pro hac vice*)
Tina Q. Nguyen (to be admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
travis.sales@bakerbotts.com
tina.nguyen@bakerbotts.com

Michael Calhoon (to be admitted *pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-7954
Facsimile:  (202) 585-1096
michael.calhoon@bakerbotts.com

**Attorneys for Defendant Administrative Committee of the Seventy Seven Energy, Inc. Retirement and Savings Plan, Cary Baetz, Karl Blanchard, Christin Borden, Linda Clark, Clint Cover, Gino DeMarco, Lance Haffner, and Jerome Loughridge**

## CERTIFICATE OF SERVICE

This certifies that on October _7, 2020, I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                                       *s/Spencer F. Smith*
                                                       Spencer F. Smith